_Marian F. Harrison_
Marian F. Harrison
US Bankruptcy Judge



Dated: 8/9/2017

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| IN RE: ) | |
| MARCUS DEMOND MOYE ) | CASE NO. 17-00875-MFH-13 |
| 109 WINDHAM CIRCLE ) | CHAPTER 13 |
| HENDERSONVILLE, TN 37075 ) | JUDGE HARRISON |
| SSN: XXX-XX-2510 ) | |
| ) | |
| Debtor. ) | |

## ORDER TO INCUR DEBT

Upon consideration of the Motion for Authority to Incur Debt for the purchase of a vehicle and the twenty-one (21) days having passed within which to file an objection; it is therefore

**ORDERED,** that the Debtor shall be able obtain a loan in an amount not to exceed $12,500.00; with monthly payments not to exceed $350.00; with an interest rate not to exceed 25%.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THIS PAGE.**

APPROVED FOR ENTRY:

          Signature: /s/ Jodie Thresher
                     JODIE THRESHER, #025730
                     Clark & Washington, LLC
                     Attorneys for Debtor
                     237 French Landing Drive
                     Nashville, TN 37228
                     615-251-9782; Fax 615-251-8919
                     jthresher@cw13.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.