# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:
MARCUS DEMOND MOYE
109 WINDHAM CR
HENDERSONVILLE, TN  37075

Case No.17-00875-MH3-13
CHAPTER 13

SSN XXX-XX-2510

## TRUSTEE'S NOTICE OF FILING OF ADDITIONAL CLAIM AND INTENT TO PAY

    Comes now the Standing Chapter 13 Trustee and hereby serves notice that the following claim was filed against the estate of the debtor and that such claim was not included in previous notices disclosing claims:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| NATIONSTAR MORTGAGE<br>P O BOX 619094<br>DALLAS, TX  75261-9741 | $600.00 | MTG-FEES, COSTS & EXPENSES<br>Disb Level: 23.00<br>ACCT:0718<br>COMM: |
| Court's Claim# 5 | Trustee's Claim# 21 | DATE FILED: 09/29/2017 |

The Trustee has examined the claim and intends to treat the claim as allowed for the amount claimed and payable pursuant to the provisions of the debtor(s) confirmed plan and other orders of this court.

| | AMA | |
|---|---|---|
| 10/12/2017<br>DATE SENT | _____<br>INITIALS | /s/ Henry E. Hildebrand, III<br>HENRY E. HILDEBRAND, III<br>CHAPTER 13 TRUSTEE<br>P O BOX 340019<br>NASHVILLE, TN 37203<br>PHONE: 615-244-1101<br>FAX: 615-242-3241<br>pleadings@ch13nsh.com |

cc:
CLARK AND WASHINGTON PC  
237 FRENCH LANDING DR  
NASHVILLE, TN  37228

MARCUS DEMOND MOYE  
109 WINDHAM CR  
HENDERSONVILLE, TN  37075

CHAPTER 13 TRUSTEE