AMA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

```
IN RE:
MARCUS DEMOND MOYE                          Case No.17-00875-MH3-13
109 WINDHAM CR                              CHAPTER 13
HENDERSONVILLE, TN  37075

SSN XXX-XX-2510
```

## TRUSTEE'S NOTICE OF FILING OF ADDITIONAL CLAIM AND INTENT TO PAY

Comes now the Standing Chapter 13 Trustee and hereby serves notice that the following claim was filed against the estate of the debtor and that such claim was not included in previous notices disclosing claims:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| NATIONSTAR MORTGAGE<br>P O BOX 619094<br>DALLAS, TX  75261-9741 | $300.00 | MTG-FEES, COSTS & EXPENSES<br>Disb Level: 23.00<br>ACCT:0718<br>COMM: |
| Court's Claim# 5 | Trustee's Claim# 22 | DATE FILED: 09/29/2017 |

The Trustee has examined the claim and intends to treat the claim as allowed for the amount claimed and payable pursuant to the provisions of the debtor(s) confirmed plan and other orders of this court.

```
10/12/2017              AMA                 /s/ Henry E. Hildebrand, III
DATE SENT              INITIALS             HENRY E. HILDEBRAND, III
                                            CHAPTER 13 TRUSTEE
                                            P O BOX 340019
                                            NASHVILLE, TN  37203
                                            PHONE: 615-244-1101
                                            FAX:  615-242-3241
                                            pleadings@ch13nsh.com

cc:
CLARK AND WASHINGTON PC    MARCUS DEMOND MOYE         CHAPTER 13 TRUSTEE
237 FRENCH LANDING DR      109 WINDHAM CR
NASHVILLE, TN  37228       HENDERSONVILLE, TN  37075
```